# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| FREDERICK CONNORS, | ) | |
| Plaintiff, | ) | Case No. 2:12-cv-00319-LDG-CWH |
| vs. | ) | **ORDER** |
| FRONTIERLAND COMMUNICATIONS, *et al.* | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion for Color of Law (#6), filed April 18, 2012; Plaintiff's Motion to Add Defendants (#7), filed April 18, 2012; Plaintiff's Motion to Add Charter Communications (#8), filed April 18, 2012; and Plaintiff's Motion for Leave of Court (#9), filed April 24, 2012. Each of the aforementioned "motions" came to the Court in the form of a letter. Pursuant to Fed. R. Civ. P. 7(b), "[a] request for a court order must be made by motion" and must "state with particularity the grounds for seeking the order." None of the letters state with requisite particularity the grounds for the relief requested. Pursuant to Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of [a] motion shall constitute a consent to the denial of the motion." None of the letters submitted by Plaintiff are supported by points and authorities. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Color of Law (#6) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Add Defendants (#7) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Add Charter Communications (#8) is **denied**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave of Court (#9) is **denied**.

1   DATED this 25th day of August, 2012.

_____
**C.W. Hoffman, Jr.
United States Magistrate Judge**