# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| FREDERICK CONNORS,<br><br>    Plaintiff,<br><br>v.<br><br>FRONTIERLAND COMMUNICATIONS, *et al.*,<br><br>    Defendants. | Case No. 2:12-cv-00319-LDG (CWH)<br><br>**ORDER** |

The plaintiff, Frederick Connors, submitted an Application to Proceed *in Forma Pauperis* (#1) and a Complaint. The Court granted Connors' Application to Proceed *in Forma Pauperis* and ordered the Clerk of the Court to file Plaintiff's Complaint. In addition, however, the Court also ordered that the Complaint be dismissed without prejudice as the Complaint failed to sufficiently allege jurisdiction and failed to state a claim. Rather, he simply declared that his privacy rights were violated without any reference to any specific federal law.

The Magistrate Judge has entered a Report and Recommendation (#17) finding that more than thirty days have elapsed since the Court dismissed the Complaint, but that Connors has not submitted an amended complaint with sufficient facts correcting the noted

deficiencies. Accordingly, the Magistrate Judge recommends that this matter be dismissed with prejudice. Connors has not filed an objection to the Report and Recommendation. Rather, he has filed two cursory documents he styles as motions for injunctive relief (## 18, 19). Each of the motions suffers from the same deficiency as the original complaint; Connors has simply declared a request for injunctive relief. Accordingly,

THE COURT **ORDERS** that the Report and Recommendation (#17) is ADOPTED;

THE COURT FURTHER **ORDERS** that this matter is DISMISSED with prejudice;

THE COURT FURTHER **ORDERS** that Plaintiff's Motions for Injunctive Relief (## 18, 19) are DENIED as moot.

DATED this _26_ day of September, 2012.

_____
Lloyd D. George
United States District Judge